## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ROBERT GERALD WILDER**                                                    **PLAINTIFF**

**V.**                                                    **NO. 3:19cv00035-MPM-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**


### ORDER EXTENDING BRIEF DEADLINE

Upon further review of the docket of this case, the Court notes that it appears *pro se*

Plaintiff was not served with copies of the Order [10] directing filing of briefs, the Order [11]

concerning consent to magistrate judge, and the Notice [12] setting a hearing in this matter.

Accordingly, the Clerk shall forthwith serve Plaintiff with copies of these documents.

**IT IS FURTHER ORDERED** that because the deadline for the filing of Plaintiff's brief

(set in the prior Order [10]) has expired, Plaintiff is granted thirty (30) days from this date in

which to file his brief.

**THIS,** the 10th day of July, 2019.


                                        **/s/ Jane M. Virden**
                                        **U. S. MAGISTRATE JUDGE**